IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAY OLDEN BRUCE, JR.                                                                 PLAINTIFF

v.                                           CASE NO. 2:22-CV-2165

CORRECTIONAL OFFICER
TOMMY METCALF                                                                       DEFENDANT

**ORDER**

The Court has received a report and recommendation (Doc. 6) from Chief United States Magistrate Mark D. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action pursuant to 28 U.S.C. §1915A(b)(1) for failure to state a claim upon which relief may be granted, and further recommends that this dismissal constitutes a strike pursuant to U.S.C. § 1915(g). The Magistrate further recommends that the Court certify, pursuant to U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. The clerk is directed to place a § 1915 strike flag on this case.

THE COURT CERTIFIES, pursuant to U.S.C. § 1915(a)(3), that any appeal from this dismissal will not be taken in good faith.

Judgment will be entered accordingly.

IT IS SO ORDERED this November 22, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE